**UNITED STATES DISTRICT COURT**
EVERETT McKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
CHICAGO, IL 60604

THOMAS G. BRUTON
CLERK

OFFICE OF THE CLERK

Chapman Associates General
Business, Inc.,

Case No.: 1:12-cv-02302

v.

Integrated Freight Corporation,

## CERTIFICATION OF JUDGMENT
## FOR REGISTRATION IN
## ANOTHER DISTRICT

I, Thomas G. Bruton, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on 6/5/2012, as it appears in the records of this court, and that, no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure has not been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on June 22, 2012.

Thomas G. Bruton
Court Administrator

By: Maria Hernandez
Deputy Clerk

The motions listed in Rule 4(a) of the Federal Rules of Appellate Procedure are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.

CERTIFIED COPY (Rev. 1/2012)

# United States District Court
### Northern District of Illinois
### Eastern Division

I, Thomas G. Bruton, Clerk of the United States District Court for the Northern District of Illinois, do hereby attest and certify that the annexed document(s) is (are) a full, true, and correct copy of the original(s) on file in my office and in my legal custody.

**IN TESTIMONY WHEREOF**

I have hereunto subscribed my name and affixed the seal of the aforesaid court at Chicago, Illinois on JUN 22 2012

THOMAS G. BRUTON, CLERK

By: _____
Deputy Clerk

CERTIFIED COPY (Rev. 1/2012)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHAPMAN ASSOCIATES GENERAL BUSINESS, INC., <br><br> Plaintiff, <br><br> v. <br><br> INTEGRATED FREIGHT CORPORATION, <br><br> Defendant. | Case No.: 12-2302 <br><br> Assigned Judge: Robert M. Dow <br><br> Magistrate Judge: Sheila M. Finnegan |

## JUDGMENT BY DEFAULT AGAINST INTEGRATED FREIGHT CORPORATION

Upon the Plaintiff's Motion for Entry of Default Judgment (the "Motion") filed by Chapman Associates General Business, Inc. (the "Plaintiff"); and the Court finding that (a) due and proper notice of the Motion has been given and that no other or further notice thereof is required, (b) Integrated Freight Corporation (the "Defendant") is in default having failed to answer or otherwise plead to the complaint filed in this adversary proceeding, and (c) that good cause exists to grant the relief requested in the Motion, IT IS HEREBY ORDERED THAT:

Judgment is hereby entered in favor of the Plaintiff and against the Defendant in the amount of $835,907.91.

Dated: 6-5-12

HONORABLE ROBERT M. DOW
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS